## STATE OF CONNECTICUT *v.* PATRICK NEMHARD
## (14030)

Heiman, Schaller and Hennessy, Js.

Argued November 7—decision released December 5, 1995

*Dante R. Gallucci,* special public defender, for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *John C. Smriga,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.